IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-1440-AP**

**MARIA AGUILAR,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

    Defendant's Unopposed Motion to Remand for Further Administrative Proceedings (doc. #17), filed January 21, 2009, is GRANTED.

    This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    Dated: January 21, 2009.

                                            BY THE COURT:

                                            *s/John L. Kane*
                                            JOHN L. KANE, SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT